

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Vsevolod Garanin <br><br> *Plaintiff(s)* <br> v. <br> Dr. Ilya Elliot Vanyer M.D., et al (please see attached for complete list of defendants) <br><br> *Defendant(s)* | Civil Action No. 20-CV-04601-AMD-PK |

**AMENDED SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
(Please see attached for complete list of defendants and addresses)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Pro Se:
    Vesevolod Garanin
    5 Witherspoon Way
    Marlboro, NJ 07746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____12/08/2020_____     _____
                                                               *Signature of Clerk or Deputy Clerk*

Defendants:

Dr Ilya Elliot Vayner M.D.; Office of Elliot Vayner M.D., F.A.A.P.; Sunshine Pediatric, P.C.; Jenny Vayner, in personal and professional capacity as an employee of the Office of Elliot Vayner M.D., F.A.A.P.; Eirena Bykhovsky; Olga Bykhovsky aka Olga Bykhovski aka Olga Yefimenko

Defendants and Addresses:

Dr Ilya Elliot Vayner M.D.
3767 Richmond Avenue
Staten Island, NY 10312

Office of Elliot Vayner M.D., F.A.A.P.
3767 Richmond Avenue
Staten Island, NY 10312

Sunshine Pediatric, P.C.
1761 E. 12th Street
Brooklyn, NY 11229

Jenny Vayner, in personal and professional capacity as an employee of the Office of Elliot Vayner M.D., F.A.A.P.
36 Short Place
Staten Island, NY 10312

Eirena Bykhovsky
10 Tupelo Court
Staten Island, NY 10306

Olga Bykhovsky aka Olga Bykhovski aka Olga Yefimenko
182 Richmond Hill Road
Staten Island, NY 10314

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-04601-AMD-PK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                                        _____
                                                *Printed name and title*


                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc: