*Rec. in p drive12/14/20 rg

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-04601-AMD-PK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Olga Bychovsky

was received by me on *(date)* 12/09/20.

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* John Doe, real name been unknown, a person of suitable age and discretion who resides there, on *(date)* 12/10/20, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
 on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/10/20.

_____
Server's signature

Andrey Grushin, process server
Printed name and title

3 Esmac Ct W, Staten Island NY 10304
Server's address

Additional information regarding attempted service, etc:

Clerk's Office
Filed Date:

12/13/2020 at 10:52 am (by email)- LH

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE