UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
VSEVOLOD GARANIN,                               :    Civil Action No.
                    Plaintiff,     :    20-CV-04601-AMD-PK
                                                :
     -against-                                :    **NOTICE OF**
                                                :    **APPEARANCE**
DR. ILLYA ELLIOT VANYER M.D., et al,            :
                  Defendants.    :
-----------------------------------------------------------------------X

TO: CLERK OF THE COURT AND ALL PARTIES OF RECORD


PLEASE TAKE NOTICE that I am admitted to practice in this court and request that you note my appearance in this action on behalf of the defendants, Eirena Bykhovsky and Olga Bykhovsky aka Olga Bykhovski aka Olga Yefimenko.


Dated: Staten Island, New York
       December 17, 2020

_____
Robert W. Hiatt, Esq.
Attorney for Defendants
Eirena Bykhovsky and Olga Bykhovsky
32 Richmond Terrace
Staten Island, New York 10301
Tel: (718) 979-8068
Fax: (718) 732-2935