UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

VSEVOLOD GARANIN,                                    JUDGMENT

                              Plaintiff,             20-CV-4601 (AMD) (PK)

        v.

DR. ILYA ELLIOT VAYNER, M.D., et al.,

                              Defendants.
----------------------------------------------------------------X

An Order of the Honorable Ann M. Donnelly, United States District Judge, having been

filed on April 6, 2021, dismissing the plaintiff's claims set forth in Counts I, II, III, IV, V and VI

of the amended complaint with prejudice; and dismissing plaintiff's remaining claims in Counts

VII, VIII, IX and X without prejudice; it is

        ORDERED and ADJUDGED thatthe plaintiff's claims set forth in Counts I, II, III, IV, V

and VI of the amended complaint are dismissed with prejudice; and that the plaintiff's remaining

claims in Counts VII, VIII, IX and X are dismissed without prejudice.

Dated: Brooklyn, NY                          Douglas C. Palmer
        April 7, 2021                        Clerk of Court


                                             By: /s/Jalitza Poveda
                                                 Deputy Clerk